525 F.2d 1364
 UNITED STATES of America, Plaintiff-Appellant,
v.
Jeffrey Leonard HOLMES et al., Defendants-Appellees.
 No. 74--2419.
 United States Court of Appeals,
Fifth Circuit.
 Jan. 5, 1976.
 
 Appeal from the United States District Court for the Northern District of Florida; David L. Middlebrooks, Judge.
 
 
 1
 William Stafford, U.S. Atty., Stewart J. Carrouth, Asst. U.S. Atty., Tallahassee, Fla., Mervyn Hamburg, App. Sec., Crim. Div., U.S. Dept. of Justice, Washington, D.C., for plaintiff-appellant.
 
 
 2
 Joseph S. Oteri, Martin G. Weinberg, Boston, Mass., for Ashley, and Willy Green.
 
 
 3
 Selig I. Goldin, Gainesville, Fla., for Holmes, Okus, Moody, Moody, Dewitt, and Williams.
 
 
 4
 ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC
 
 
 5
 (Opinion October 8, 1975, 5 Cir., 1975, 521 F.2d 859).
 
 
 6
 Before BROWN, Chief Judge, WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, MORGAN, CLARK, RONEY, GEE and TJOFLAT, Circuit Judges.
 
 BY THE COURT:
 
 7
 A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,
 
 
 8
 It is ordered that the cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.